UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ERNEST and KEILA SCRUGGS, | § § § § | |
| Plaintiffs, | | |
| v. | § § | Civil No. 4:11-cv-00286-RAS -DDB |
| H&P CAPITAL, INC., | § § | |
| Defendant. | § § | |

## STIPULATION TO DISMISS CASE WITH PREJUDICE

Plaintiff, ERNEST and KEILA SCRUGGS, and Defendant, RECEIVABLES H&P CAPITAL, INC., through their respective counsel, stipulate to dismiss the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice, each side to bear their own fees and costs.

DATED:  January 18, 2012              RESPECTFULLY SUBMITTED,

                                              KROHN & MOSS, LTD.

                                              By:  /s/ Michael Agruss

                                              Michael S. Agruss
                                              Krohn & Moss, Ltd
                                              10 N. Dearborn St.
                                              3rd Floor
                                              Chicago, IL 60602
                                              Tel: 323-988-2400 x235
                                              Fax: (866) 620-2956
                                              Email: magruss@consumerlawcenter.com
                                              Attorney for Plaintiffs

///

///

DATED:  January 18, 2012				RESPECTFULLY SUBMITTED,

							DUNN LAW FIRM


						By: /s/ Steven R. Dunn

							Steven R. Dunn
							Dunn Law Firm
							5420 LBJ Freeway, Suite 577
							Dallas, Texas 75240
							P: (214) 692-5533
							F: (214) 692-5534
							sdunnfirm@aol.com
							Attorneys for Defendant

## PROOF OF SERVICE

I am employed in the County of Cook, State of Illinois.  I am over the age of 18 and not a party in this action.  My business Address is 10 N. Dearborn St, 3rd Floor, Chicago, IL 60602.

On January 18, 2012, I served the following documents:  **STIPULATION TO DISMISS CASE WITH PREJUDICE**

On the parties listed below:

| | |
|---|---|
| Steven Dunn | Attorneys for Defendant, |
| Dunn Law Firm | H&P CAPITAL, INC. |
| 5420 LBJ Freeway, Suite 577 | |
| Dallas, Texas 75240 | |

By the following means of service:

[X]  **BY ELECTRONIC SERVICE:** the documents above were delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service.

[ ]  **BY ELECTRONIC MAIL:** I transmitted the document(s) listed above electronically to the e-mail addresses listed above.  I am readily familiar with the firm's Microsoft Outlook e-mail system, and the transmission was reported as complete, without error.

[X]  **BY MAIL:** I deposited such envelope in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.  I am readily familiar with the firm's practice for collection and processing correspondence for mailing.  Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]  **FEDERAL:** I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on January 18, 2012, at Chicago, Illinois.

By: /s/ Michael Agruss

Michael Agruss