# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| ERNEST and KEILA SCRUGGS, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil No. |
| | § | 4:11-cv-00286-RAS -DDB |
| H&P CAPITAL, INC., | § | |
| | § | |
| Defendant. | § | |
| | § | |

## ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE

IT IS HEREBY ORDERED that the parties' joint Stipulation to Dismiss Case with Prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), is GRANTED. Accordingly, the above-captioned matter is hereby dismissed with prejudice, the parties shall bear their own fees and costs.

IT IS SO ORDERED.

**SIGNED this the 21st day of June, 2012.**

*Richard A. Schell*
_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE